# Memorandum



*United States Attorney*
*Eastern District of California*

| Subject | Date |
|---|---|
| Juan Alvarez<br>in Case Number 08-570 GEB<br>[United States v. Aguilar-Godinez] | January 23, 2009 |

| To | From |
|---|---|
| Judge Garland E. Burrell, Jr.<br>United States District Judge | Michael M. Beckwith<br>Assistant United States Attorney |

      The government asks that the Court <u>not</u> issue the bench warrant discussed at the status conference this morning.  The Parties have met and discussed the issue.  There was a simple scheduling mistake.  The defendant and his attorney were in Sacramento today.  This memorandum will be followed by a stipulation and proposed order requesting a new status conference date.

IT IS SO ORDERED

Dated:  January 23, 2009

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```