ORIGINAL                                                                                                      ORIGINAL

Robert J. Beles (Bar No. 41993)
Jamil Francisco Karwash (Bar No. 240796)
1 Kaiser Plaza, Suite 2300
Oakland, California 94612
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for Defendant
MANUEL AGUILAR-GODINEZ

# United States District Court
# Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>    vs.<br><br>MANUEL AGUILAR-GODINEZ,<br><br>    Defendant. | No.  CR 08-00570 GEB<br><br>STIPULATION TO CONTINUE THE MAY 21, 2010 MOTION TO SUPPRESS HEARING; PROPOSED ORDER |

STIPULATION TO CONTINUE THE MAY
21, 2010 MOTION TO SUPPRESS HEARING

IT IS HEREBY STIPULATED AND AGREED, by and between Michael Beckwith, Assistant United States Attorney, counsel for the United States of America, and Jamil Francisco Karwash, counsel for defendant Manuel Aguilar-Godinez, that the Motion to Suppress Hearing date in the above-captioned matter currently scheduled for Friday, May 21, 2010 at 9:00am, be vacated and continued to Friday, May 28, 2010 at 9:00am, or to the first available date that pleases the Court.

May 19, 2010                                             s/ Jamil Francisco Karwash

                                                         Jamil Francisco Karwash
                                                         Attorney for Defendant Michael
                                                         Aguilar-Godinez

May 19, 2010                                             s/ Michael Beckwith

                                                         Michael Beckwith
                                                         Assistant United States Attorney

---

1

Stipulation to Continue the May 21, 2010 Motion to Suppress Hearing; Proposed Order.

ORIGINAL　　　　　　　　　　　United States District Court　　　　　　　　　　　ORIGINAL
　　　　　　　　　　　　　　　　Eastern District of California

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br>　vs.<br><br>Manuel Aguilar-Godinez,<br><br>　　　　Defendant. | No.　CR 08-00570 GEB<br><br>~~Proposed~~ Order |

~~Proposed~~ ORDER

　　　The Motion to Suppress Hearing, presently set for May 21, 2010 at 9:00am, is vacated and continued to May 28, 2010 at 9:00am.

Dated:  May 19, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2
Stipulation to Continue the May 21, 2010 Motion to Suppress Hearing; Proposed Order.