DINA L. SANTOS, Bar #204200                          11
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
MANUEL AGUILAR-GODINEZ




                    IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA




UNITED STATES OF AMERICA,        )  No. CRS 08-570   GEB
                                 )
                 Plaintiff,      )
                                 )  STIPULATION AND ORDER VACATING
     v.                          )  DATE, CONTINUING CASE, AND
                                 )  EXCLUDING TIME
MANUEL AGUILAR-GODINEZ           )
                 Defendant.      )
                                 )  Date:   December 10, 2010
_____)  Time:   9:00 a.m.
                                 )  Judge:  Hon. Burrell



        **IT IS HEREBY STIPULATED** by and between Assistant United States

Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L.

Santos, Counsel for Defendant MANUEL AGUILAR-GODINEZ; that the status

conference scheduled for October 8, 2010, be vacated and the matter be

continued to this Court's criminal calendar on December 10, 2010 9:00

a.m., for further status.

        This continuance is requested by the defense in order to permit

further client consultation and further negotiations with the

prosecution in attempts to reach a possible the plea agreement.

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy

2    Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

3    3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

4    ends of justice served in granting the continuance and allowing the

5    defendant further time to prepare outweigh the best interests of the

6    public and the defendant in a speedy trial.

7    The Court is advised that all counsel have conferred about this

8    request, that they have agreed to the December 10, 2010, date, and that

9    all counsel have authorized Ms. Santos to sign this stipulation on

10    their behalf.

11    **IT IS SO STIPULATED.**

12

13    Dated: September 23, 2010      /S/ Dina L. Santos
                            DINA L. SANTOS

14                            Attorney for Defendant
                            MANUEL AGUILAR-GODINEZ

15

16

17    Dated: September 23, 2010      /S/ Michael Beckwith
                            MICHAEL BECKWITH

18                            Assistant United States Attorney
                            Attorney for Plaintiff

19

20                                **O R D E R**

21    **IT IS SO ORDERED.**

22    Dated:  October 7, 2010

23

24    _____
    GARLAND E. BURRELL, JR.
    United States District Judge

25

26

27

28