DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
MANUEL AGUILAR GODINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 08-570 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| MANUEL AGUILAR GODINEZ, ) | |
| Defendant. ) | |
| ) | Date   January 21, 2011 |
| _____ ) | Time:  9:00 a.m. |
| ) | Judge: Hon. BURRELL |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Manual Aguilar Godinez, that the status conference scheduled for January 7, 2011, be vacated and the matter be continued to this Court's criminal calendar on January 21, 2011, at 9:00 a.m. for further status and possibly to pick a jury trial date.

This continuance is requested by the defense in order to continue in negotiations with the prosecution in an attempt to finalize a plea agreement and prepare for Mr. Aguilar Godinez's defense should the case proceed to trial.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the January 21, 2011, date, and that Mr. Beckwith has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: Jan. 6, 2011                /S/ Dina L. Santos
                                   DINA L. SANTOS
                                   Attorney for
                                   Manuel Aguilar Godinez

Dated: Jan 6, 2011                 /S/ Michael Beckwith
                                   MICHAEL BECKWITH
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated:  January 7, 2011

                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

Stipulation and Order            2