1    DINA L. SANTOS, Bar #204200
     A Professional Law Corporation
2    428 J Street, 3rd Floor
     Sacramento, California 95814
3    Telephone: (916) 447-0160

4

5    Attorney for Defendant
     MANUEL AGUILAR GODINEZ
6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11   UNITED STATES OF AMERICA,            )    No. CR-S 08-570 GEB
                                          )
12                  Plaintiff,            )
                                          )    STIPULATION AND ORDER RESETING
13        v.                              )    BRIEFING SCHEDULE
                                          )
14   MANUEL AGUILAR GODINEZ,              )
                    Defendant.            )
15                                        )
                                          )
16   _____     )

17        **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael

18   Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Manual Aguilar

19   Godinez, and the Probation Officer, that the briefing schedule be re-set as follows:

20

21        Judgment and Sentencing Date:                    02/03/2012 @ 9:00 a.m.

22        Reply, or Statement of Non-Opposition:           1/27/2012

23        Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation

24        Officer and opposing counsel no later than:       1/20/2012

25        Presentence Report filed with Cour/disclosed to counsel by:    1/13/12

26   Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing

27   counsel no later than:                                1/06/2012

28

1

2

3

4

5        **IT IS SO STIPULATED.**

6

7    Dated: Jan. 6, 2011                              /S/ Dina L. Santos
                                                    DINA L. SANTOS
8                                                   Attorney for
                                                    Manuel Aguilar Godinez
9

10   Dated: Jan 6, 2011                              /S/ Michael Beckwith
                                                    MICHAEL BECKWITH
11                                                  Assistant United States Attorney
                                                    Attorney for Plaintiff
12

13

14                              **O R D E R**

15       **IT IS SO ORDERED.**

16   **Dated:  December 22, 2011**

17

18   _____
     GARLAND E. BURRELL, JR.
19   United States District Judge

20

21

22

23

24

25

26

27

28

Stipulation and Order                      2