DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
MANUEL AGUILAR GODINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MANUEL AGUILAR GODINEZ, ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR-S 08-570 GEB <br><br> STIPULATION AND ORDER RESETING BRIEFING SCHEDULE |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Manual Aguilar Godinez, and the Probation Officer, that the briefing schedule be re-set as follows:

Judgment and Sentencing Date:	03/9/2012 @ 9:00 a.m.

Reply, or Statement of Non-Opposition:	2/24/2012

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:	2/17/2012

Presentence Report filed with Cour/disclosed to counsel by:	2/10/12

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:	2/03/2012

**IT IS SO STIPULATED.**

Dated: Jan. 6, 2011                              /S/ Dina L. Santos
                                                 DINA L. SANTOS
                                                 Attorney for
                                                 Manuel Aguilar Godinez

Dated: Jan 6, 2011                               /S/ Michael Beckwith
                                                 MICHAEL BECKWITH
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated:  January 9, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                     2