DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
MANUEL AGUILAR GODINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S 08-570 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | (Amended ) STIPULATION AND ORDER |
| v. | ) | RESETING BRIEFING SCHEDULE |
| | ) | |
| MANUEL AGUILAR GODINEZ, | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael

Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Manual Aguilar

Godinez, and the Probation Officer, that the briefing schedule be re-set as follows:


   Judgment and Sentencing Date:                          08/31/2012 @ 9:00 a.m.

   Reply, or Statement of Non-Opposition:              8/24/2012

   Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation

Officer and opposing counsel no later than:              8/17/12

   Final Pre-sentence Report filed with Court/disclosed to counsel by:        8/10/12

Counsel's written objections to the draft Pre-sentence Report shall be delivered to the Probation Officer and

opposing counsel no later than:                                7/27/12

**IT IS SO STIPULATED.**

Dated: May 29, 2012                    /S/ Dina L. Santos
                                       DINA L. SANTOS
                                       Attorney for
                                       Manuel Aguilar Godinez

Dated: May 29, 2012                    /S/ Michael Beckwith
                                       MICHAEL BECKWITH
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  May 30, 2012

GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                    2