DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
MANUEL AGUILAR GODINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL AGUILAR GODINEZ,<br>Defendant. | No. CR-S 08-570 GEB<br><br>STIPULATION AND ORDER RESETING BRIEFING SCHEDULE |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Manual Aguilar Godinez, and the Probation Officer, that the briefing schedule be re-set as follows:

Judgment and Sentencing Date:　　　　　　　　　　**1/18/13 @ 9:00 a.m.**

Reply, or Statement of Non-Opposition:　　　　　　1/11/2013

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:　　　　12/28/12

Final Pre-sentence Report filed with Court/disclosed to counsel by:　　12/21/12

**IT IS SO STIPULATED.**

Dated: October 22, 2012        /S/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for
                               Manuel Aguilar Godinez

Dated: October 22, 2012        /S/ Michael Beckwith
                               MICHAEL BECKWITH
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: October 23, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge