DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
MANUEL AGUILAR GODINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MANUEL AGUILAR GODINEZ, <br> Defendant. <br> _____ | No. CR-S 08-570 GEB <br><br> STIPULATION AND ORDER RESETING JUDGEMENT AND SENTENCING |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendan**t Manual Aguilar Godinez, that the Judgment and Sentencing Date be reset to February 1, 2013 at 9:00 a.m., and that the current date be vacated.**

The Court is further advised that all parties have conferred and agreed to the above date and that Mr. Beckwith has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: January 17, 2013         /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for
                                Manuel Aguilar Godinez

| | |
|---|---|
| Dated: January 17, 2013 | /S/ Michael Beckwith<br>MICHAEL BECKWITH<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

**IT IS SO ORDERED.**

Dated:  January 17, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and Order                               2