DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
MANUEL AGUILAR GODINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 08-570 GEB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RESETING JUDGEMENT AND SENTENCING |
| MANUEL AGUILAR GODINEZ, Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendan**t Manual Aguilar Godinez, that the Judgment and Sentencing Date be reset to March 8, 2013 at 9:00 a.m., and that the current date be vacated.**

The Court is further advised that all parties have conferred and agreed to the above date and that Mr. Beckwith has authorized Ms. Santos to sign this stipulation on his behalf.  This request is based on a very recent legal conflict that has been discovered.

**IT IS SO STIPULATED.**

Dated: January 29, 2013          /S/ Dina L. Santos
                                 DINA L. SANTOS
                                 Attorney for
                                 Manuel Aguilar Godinez

Dated: January 29, 2013          /S/ Michael Beckwith
                                 MICHAEL BECKWITH
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated:  January 30, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge