Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Manuel Aguilar-Godinez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MANUEL AGUILAR-GODINEZ,<br><br>　　　　　Defendant. | Case No. 08-cr-00570 GEB<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |

　　　　It is hereby stipulated between Michael Beckwith, Assistant United States Attorney, Timothy E. Warriner, attorney for defendant, that the judgment and sentence date of March 8, 2013 be continued until April 26, 2013 at 9:00 a.m.. The continuance is necessary as counsel is new to this case and needs additional time to meet with Mr. Aguilar-Godinez with the assistance of an interpreter.

DATED: March 7, 2013　　　　　　　　　　　　/s/ Timothy E. Warriner, Attorney for
　　　　　　　　　　　　　　　　　　　　　　　Defendant, Manuel Aguilar-Godinez

DATED: March 7, 2013　　　　　　　　　　　　/s/ Michael Beckwith, Assistant U.S.
　　　　　　　　　　　　　　　　　　　　　　　Attorney

1

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby ordered that the judgment and sentence proceedings scheduled for March 8, 2013 be continued to April 26, 2013 at 9:00 a.m.

**Date:  3/8/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge