Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Manuel Aguilar-Godinez


UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-cr-00570 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING JUDGMENT AND |
| vs. | ) | SENTENCING DATE |
| | ) | |
| MANUEL AGUILAR-GODINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |


It is hereby stipulated between Michael Beckwith, Assistant United States Attorney, and

Timothy E. Warriner, attorney for defendant, that the judgment and sentence date of April 26,

2013 be continued until May 31, 2013 at 9:00 a.m. The continuance is needed to give defense

counsel additional time to prepare for judgment and sentencing and to meet with the client. The

parties further stipulate that defense counsel shall file any objections to the presentence

investigation report on or before May 10, 2013.

DATED: April 24, 2013                    /s/ Timothy E. Warriner, Attorney for
                                         Defendant, Manuel Aguilar-Godinez

DATED: April 24, 2013                    /s/ Michael Beckwith, Assistant U.S.
                                         Attorney

1

<u>ORDER</u>

Pursuant to the stipulation of the parties, the judgment and sentence proceedings scheduled for April 26, 2013 are continued to May 31, 2013 at 9:00 a.m.

**Date:  <u>4/25/2013</u>**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge