Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Manuel Aguilar-Godinez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>MANUEL AGUILAR-GODINEZ,<br><br>          Defendant. | Case No. 08-cr-00570 GEB<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |

It is hereby stipulated between Michael Beckwith, Assistant United States Attorney, and Timothy E. Warriner, attorney for defendant, that the judgment and sentence date of May 31, 2013 be continued until June 14, 2013 at 9:00 a.m. The continuance is needed to give defense counsel additional time to prepare for judgment and sentencing, including time to file informal objections with the Probation Officer, and to meet with the client. The parties further stipulate to the following schedule concerning the presentence investigation report:

Supplemental informal written objections
due to the probation officer and opposing
Counsel:                                                                                    May 16, 2013

Any revised PSR or revisions to the PSR,
in response to the supplemental informal
objections, to be filed with the court by:                                    May 23, 2013

1

| | |
|---|---|
| Formal objections to the PSR to be filed with the court and served on counsel by: | May 30, 2013 |
| Any reply or statement of non-opposition to be filed with the court and served on counsel by: | June 7, 2013 |
| DATED: May 13, 2013 | /s/ Timothy E. Warriner, Attorney for Defendant, Manuel Aguilar-Godinez |
| DATED: May 13, 2013 | /s/ Michael Beckwith, Assistant U.S. Attorney |

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby ordered that the judgment and sentence proceedings scheduled for May 31, 2013 be continued to June 14, 2013 at 9:00 a.m. The court adopts the stipulation of the parties concerning the presentence investigation report.

**Date: 5/13/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge