Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Manuel Aguilar-Godinez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MANUEL AGUILAR-GODINEZ,<br><br>　　　　　Defendant. | Case No. 08-cr-00570 GEB<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |

　　　　It is hereby stipulated between Michael Beckwith, Assistant United States Attorney, and Timothy E. Warriner, attorney for defendant, that the judgment and sentence date of June 14, 2013 be continued until August 30, 2013 at 9:00 a.m. The continuance is needed to give counsel and the probation officer additional time to prepare for judgment and sentencing. The parties further stipulate to the following schedule concerning the presentence investigation report:

Any revised PSR or revisions to the PSR,
in response to the supplemental informal
objections, to be filed with the court by:　　　　August 9, 2013

Formal objections to the PSR to be filed
with the court and served on counsel by:　　　　August 16, 2013

Any reply or statement of non-opposition
to be filed with the court and served on
counsel by:　　　　August 23, 2013

1

DATED: June 6, 2013                                  /s/ Timothy E. Warriner, Attorney for
                                                     Defendant, Manuel Aguilar-Godinez

DATED: June 6, 2013                                  /s/ Michael Beckwith, Assistant U.S.
                                                     Attorney

<u>ORDER</u>

Pursuant to the stipulation of the parties, it is hereby ordered that the judgment and sentence proceedings scheduled for June 14, 2013 be continued to August 30, 2013 at 9:00 a.m. The court adopts the stipulation of the parties concerning the presentence investigation report.

**Date:  <u>6/6/2013</u>**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge