Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Manuel Aguilar-Godinez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>MANUEL AGUILAR-GODINEZ,<br><br>   Defendant. | Case No. 08-cr-00570 GEB<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |

   It is hereby stipulated between Michael Beckwith, Assistant United States Attorney, and Timothy E. Warriner, attorney for defendant, that the judgment and sentence date of August 30, 2013 be continued until September 13, 2013. The continuance is requested to give both parties additional time to prepare for judgment and sentencing.

DATED: August 26, 2013          /s/ Timothy E. Warriner, Attorney for Defendant, Manuel Aguilar-Godinez

DATED: August 26, 2013          /s/ Michael Beckwith, Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby ordered that the judgment and sentence proceedings scheduled for August 30, 2013 be continued to September 13, 2013 at 9:00 a.m.

Dated:  August 27, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge