UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MANUEL AGUILAR-GODINEZ,<br><br>        Defendant. | No. 2:08-cr-00570-GEB<br><br><br>**ORDER** |

        Defendant objected to paragraphs 27, 29 and 30 in the Presentence Report ("PSR"). An evidentiary hearing was conducted concerning his objections to paragraphs 27 and 30.

        Having considered the PSR and the testimony of two government witness testifying at the evidentiary hearing, the following findings of fact are made under the clear and convincing evidence standard:

        1.    Both witnesses were credible, concerning Defendant's involvement in the manufacture and distribution of methamphetamine. The evidentiary hearing established that Defendant threatened the use of a firearm to carry out his drug distribution business.

        2.    The evidentiary hearing also established that Defendant was the leader and organizer of a criminal activity (the manufacture and distribution of methamphetamine) involving

five or more participants; he used six individuals to try to force Adam Reyes to pay him for a half-pound of methamphetamine Defendant gave Reyes based on Reyes's agreement with Defendant to pay for it later; Defendant had earlier sent two different individuals to force Reyes to pay that debt.

     3. Because of the above findings and the findings in the PSR, Defendant's objection to paragraph 30 (Role in Offense) is overruled.

     4. Defendant's objection to paragraph 27 is also overruled because the record establishes that Defendant possessed a .40 caliber pistol at a methamphetamine lab site, and that it was probable that Defendant's use of this pistol at the methamphetamine lab site was connected with the manufacture of methamphetamine.

     5. Defendant's objection to the offense level enhancement in paragraph 29 is sustained.

     6. Defendant's objection to the finding that he was the owner of the lab is noted, but no finding concerning it is necessary, because the matter controverted does not change the guideline computation and will not be taken into account in sentencing.

Dated: September 20, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

2