1  John Balazs, Bar # 157287
   Attorney At Law
2  916 Second Street, Suite F
   Sacramento, CA 95814
3  Tel:  (916) 447-9299
   John@Balazslaw.com
4

5

6

7

8

9                        UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11

12  United States of America,                    No.  2:08-CR-0570-GEB

13               Plaintiff,                       **STIPULATION AND PROPOSED ORDER
                                                  FOR REDACTION OF WITNESS NAMES
14       v.                                       IN EVIDENTIARY HEARING
                                                  TRANSCRIPT**
15  Manuel Aguilar-Godinez,

16               Defendant.

17        Defendant Manuel Aguilar-Godinez, through counsel Timothy Warriner, plaintiff United

18  States, through Assistant U.S. Attorney Michael Beckwith, and attorneys John Balazs and

19  Assistant Federal Defender Matthew Bockman, hereby stipulate and request that the Court order

20  that the publically-filed transcript of the evidentiary hearing in this case on September 13, 2013

21  and September 20, 2013, be redacted to replace the names of the two testifying witnesses with

22  "witness A" and "witness B" for the reasons set forth below.

23        A sentencing evidentiary hearing with respect to defendant Manuel Aguilar-Godinez in

24  this case was held on September 13, 2013 and September 20, 2013.  At the evidentiary hearing,

25  two witnesses, represented by attorneys John Balazs and AFD Matthew Bockman, testified.  At

26  the conclusion of the hearing on September 20, 2013, the Court sentenced Mr. Aguilar-Godinez

27  to 20 years imprisonment.  Thereafter, Mr. Aguilar-Godinez filed a notice of appeal from the

28  judgment of conviction and sentence.

                                              1

1    During the hearing, testimony was presented that Mr. Aguilar-Godinez threatened and

2    hired men to hunt down one of the testifying witnesses.  The government has also alleged that

3    Mr. Aguilar-Godinez has significant ties to Mexican drug cartels.  As a result, the parties stipulate

4    and request that the filed transcript of the evidentiary hearing in this case be redacted to replace

5    the two witness names with "Witness A" and "Witness B."  The parties have agreed-upon a list of

6    redactions that will be provided to the court reporter.  Mr. Aguilar-Godinez's attorney, Timothy

7    Warriner, has received an unredacted copy of the transcript.  Mr. Warriner agrees not to provide

8    an unredacted copy of the transcript to his client or anyone not connected with Mr. Aguilar-

9    Godinez's defense without further order from the court.  Attorney Balazs shall serve a copy of the

10    executed stipulation and order on the court reporter with the list of redactions.

11    **IT IS SO STIPULATED**.

      Respectfully submitted,

12

13    Dated:  February 10, 2014          /s/ John Balazs
                                         JOHN BALAZS
14                                       Attorney for Witness A
      Dated:  February 10, 2014
15                                       /s/ Matthew Bockman
                                         MATTHEW BOCKMAN
16                                       Attorney for Witness B
      Dated:  February 10, 2014
17                                       /s Timothy Warriner
                                         TIMOTHY WARRINER
18                                       Attorney for Defendant
                                         Manuel Aguilar-Godinez
19
      Dated:  February 10, 2014          BENJAMIN B. WAGNER
20                                       United States Attorney

21                               By:     /s/ Michael Beckwith
                                         MICHAEL BECKWITH
22                                       Assistant U.S. Attorney

23

24    IT IS SO ORDERED.

25    Dated:  February 10, 2014

26

27    _____

28    GARLAND E. BURRELL, JR.
      Senior United States District Judge

2