UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL AGUILAR-GODINEZ,<br><br>    Defendant. | No. 2:08-cr-00570-01-GEB<br><br>**ORDER CONCERNING THE FAILURE OF THE UNITED STATES TO FILE A TIMELY RESPONSE TO AN ORDER** |

      The United States failed to comply with the order filed July 28, 2016. (ECF No. 173.) The United States shall file a written response to the order no later than September 22, 2016.

Dated:  September 15, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1