UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANUEL AGUILAR-GODINEZ,<br><br>    Defendant. | No. 2:08-cr-00570-GEB<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE** |

        On November 19, 2015, Defendant Manuel Aguilar-Godinez filed a motion, in propria persona, under 18 U.S.C. § 3582(c)(2) for a reduction of his sentence based upon the Sentencing Commission's passage of Amendment 782, which generally revised the Drug Quantity Table in U.S.S.G. § 2D1.1 downward by two levels. (Def.'s Mot., ECF No. 170.)

        The government opposes Defendant's motion, arguing that "the defendant is ineligible for relief because Amendment 782 did not have the effect of lowering his applicable guideline range and the Court lacks authority to reduce his sentence." Gov't Opp'n 4:17-19, ECF No. 177.) The government explains that "[a]t sentencing, the Court found an offense level of 41, criminal history category I, with a guideline range of 240 months in prison because of the statutory maximum on the count of conviction." Id. at 2:22-24. The government further explains

1  that Defendant's total offense of 41 remains unchanged by
2  Amendment 782, and his guideline term "remains life in prison,
3  capped by the statutory maximum of 240 months in prison."  Id at
4  4:14-15.
5       The information the government has provided applicable
6  to Defendant's sentence is correct.  Therefore, Defendant's
7  motion is denied for lack jurisdiction under 18 U.S.C. §
8  3582(c)(2) to modify [his] sentence pursuant to Amendment [782]."
9  United States v. Leniear, 574 F.3d 668, 674 (9th Cir. 2009).
10 Dated:  October 21, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge