1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              No. 2:08-cr-00570-DC-1

12                Plaintiff,

13          v.                               ORDER GRANTING DEFENDANT
                                             MANUEL AGUILAR-GODINEZ'S 18 U.S.C.
14    MANUEL AGUILAR-GODINEZ,                § 3582(c)(1)(A) MOTION

15                Defendant.                 (Doc. No. 182)

16

17          On May 21, 2025, Defendant Manuel Aguilar-Godinez filed a *pro se* motion for

18    compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), specifically based on the family

19    circumstances provision of U.S.S.G. §1B1.13(b)(3)(C) stating that "[t]he incapacitation of the

20    defendant's parent when the defendant would be the only available caregiver for the parent"

21    constitute "extraordinary and compelling reasons" warranting reduction of the defendant's

22    sentence. (Doc. No. 182.) The court referred Defendant Aguilar-Godinez's motion to the Office

23    of the Federal Defender (Doc. No. 184), and in lieu of filing a supplemental motion or the

24    Government filing an opposition, the parties filed a stipulation jointly requesting a reduction of

25    Defendant Aguilar-Godinez's sentence to time served. (Doc. No. 186.) Therein, the parties

26    explain that Defendant Aguilar-Godinez's mother, who lives in Mexico, needs daily care, and he

27    is the only available caregiver. (*Id.*) The parties further agree that considerations of public safety

28    and Defendant Aguilar-Godinez's post-sentencing conduct, show that consideration of the 18

                                              1

U.S.C. § 3553(a) factors support reducing his sentence to time served. (*Id.*) The parties also emphasize that a reduction to time served is a just reduction given that his current release date of November 12, 2025, is less than four months away. (*Id.*) Lastly, the parties stipulate that Defendant Aguilar-Godinez "has a final removal order that will likely result in his transfer from the [Bureau of Prisons] to [United States Immigration and Customs Enforcement] custody for his deportation to Mexico." (*Id.*)

The Court, having received, read, and considered the motion for compassionate release and the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety.

Accordingly:

1.  Defendant Aguilar-Godinez's motion for compassionate release (Doc. No. 182) is GRANTED;

2.  Defendant Aguilar-Godinez's sentence is reduced to one of credit for time served, and he is ordered release from his term of imprisonment forthwith;

3.  Consistent with Special Condition No. 4 of Defendant Aguilar-Godinez's Judgment and Commitment, (Doc. No. 153 at 4), because Defendant Aguilar-Godinez is subject to an immigration detainer, the court STAYS the effective date of this order for a period of 10 days to provide time for the Bureau of Prisons to make arrangements for Defendant Aguilar-Godinez to be "surrendered to a duly authorized Immigration official for deportation proceedings"; and

4.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence.

IT IS SO ORDERED.

Dated:  **July 28, 2025**

Dena Coggins
United States District Judge

2